# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AGUILAR,<br><br>            Plaintiff,<br><br>    v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01564 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 9) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 20, 2021**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE