# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AGUILAR, | Case No.: 1:20-cv-01564 DAD JLT |
| Plaintiff, | ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE THE SECOND AMENDED COMPLAINT |
| v. | (Doc. 15) |
| SPECTRUM BRANDS, INC., et al., | |
| Defendants. | |

The parties have stipulated to allow the plaintiff to file a second amended complaint, which was attached to the stipulation. (Doc. 15) Good cause appearing, the Court GRANTS the stipulation and ORDERS:

1.     The second amended complaint SHALL be filed, if at all, within seven days;

2.     The defendant SHALL file a responsive pleading within 28 days thereafter;

IT IS SO ORDERED.

Dated:   **March 2, 2021**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE