# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01564 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 24) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 24) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 10, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**July 7, 2021**__          _____ **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE