# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AGUILAR,<br><br>            Plaintiff,<br><br>       v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01564 DAD JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br>(Doc. 26) |

The parties have stipulated to the action being dismissed as to the named plaintiff with prejudice and the putative class without prejudice. (Doc. 26) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **August 4, 2021**              _ /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE